UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RANDALL,<br><br>            Plaintiff,<br><br>    v.<br><br>H. VONRADER, et al.,<br><br>            Defendants. | No.  2:23-cv-2181 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Instead, plaintiff provided a declaration stating that over a month and a half ago he presented his application to proceed in forma pauperis to central library staff, who are supposed to forward the document to the trust account office.  (ECF No. 3.)  Now central library staff claim they know nothing about plaintiff's document, and his request for interview sent to the trust office has received no response.  (Id.)

////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

      Plaintiff is provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis directly to this court. At that time, the court will request a certified copy of his inmate trust account directly from the California Department of Corrections and Rehabilitation.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: October 10, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rand2181.3a(CDCR)