IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARK JAMES RANDALL,** | 2:23-cv-02181 KJN P |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE ANY MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT** |
| v. | |
| **H. VONRADER, et al.,** | |
| Defendants, | Judge:   The Honorable Kendall J. Newman<br>Trial Date:   None set.<br>Action Filed:   October 2, 2023 |

Plaintiff is a state prisoner, proceeding pro se. Defendants T. Young, J. Robinette, and H. VonRader filed an Ex Parte Application for an Extension of Time to File and Serve any Motion to Opt Out of the Post-Screening ADR Project ("Ex Parte Application"). The court read and considered the Ex Parte Application and supporting documents, and any Opposition filed, if any.

Good cause having been shown, the Court grants the Ex Parte Application for an extension of time.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 18) is granted; and

2. The deadline for Defendants T. Young, J. Robinette, and H. VonRader to file and serve any Motion to Opt Out of the Post-Screening ADR Project is extended to March 6, 2024.

Dated:  February 8, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rand2181.eot